# JS-6

THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, a Georgia state-chartered banking corporation, doing business as BALBOA CAPITAL CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TENANT SOLUTIONS LLC, a Maine limited liability company; BRIDGET BARROWS, an individual<br><br>　　　　　Defendants. | Case No. 8:24-cv-01718-FWS-JDE<br><br>**JUDGMENT** |

# JUDGMENT

On January 10, 2024, the court granted Plaintiff Ameris Bank's ("Plaintiff") Motion for Default Judgment against Defendant Tenant Solutions LLC ("Tenant Solutions"). (Dkt. 22.) Accordingly, having considered all the pleadings and papers filed in this case, the evidence on record and argument of counsel, and the applicable law, and for the good cause appearing therein, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT**:

1. Judgment is entered in this matter, in favor of Plaintiff, and against Tenant Solutions, in the total amount of **$119,541.53**; which includes: (1) compensatory damages in the amount of $106,515.14; (2) prejudgment interest in the amount of $6,741.09; (3) costs in the amount of $555.00; and (4) attorney's fees in the amount of $5,730.30.
2. The Clerk is **ORDERED** to enter this Judgment forthwith.

**IT IS SO ORDERED**.

DATED: January 10, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE